**Willie Jordan, Plaintiff-Appellee, v. Mrs. Weston, et al., Defendants-Appellants.**

**Gen. No. 47,881.** 

First District, Third Division.
May 25, 1960.

Rogers, Rogers, Strayhorn, and Harth, of Chicago (Howard T. Savage, of counsel) for defendants-appellants; Gomberg, Missner, and Lacob, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BRYANT. **Not to be published in full.**